**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CHARLIE HILL,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:10-CV-0129-M-BH |
| ) | |
| **BARRETT DAFFIN FRAPPIER** ) | |
| **ETC LLP,** ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's motion to proceed *in forma pauperis*. By separate judgment, the Court dismisses this action for the failure of plaintiff to comply with an order of the Court.

**SO ORDERED this 6th day of April, 2010.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS